| | |
|---|---|
| 1 | LEONARD T. FINK, ESQ. |
| 2 | Nevada Bar No. 6296 |
| | RAVEN YIM, ESQ. |
| 3 | Nevada Bar No. 14972 |
| | **SPRINGEL & FINK LLP** |
| 4 | 10655 Park Run Drive, Suite 275 |
| 5 | Las Vegas, Nevada 89144 |
| | Telephone: (702) 804-0706 |
| 6 | Facsimile: (702) 804-0798 |
| | E-Mail: *lfink@springelfink.com* |
| 7 | *ryim@springelfink.com* |

Attorneys for Defendant,
*VERIZON WIRELESS SERVICES, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CARMELA S. LARKINS, an individual, | Case No.: 2:20-CV-00159-RFB-NJK |
| Plaintiff, | |
| vs. | |
| VERIZON WIRELESS SERVICES, LLC, a Foreign Limited-Liability Company; and EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company, | |
| Defendants. | |

### STIPULATION AND ORDER TO EXTEND DEFENDANT VERIZON WIRELESS SERVICES, LLC'S TIME TO RESPOND TO COMPLAINT

COMES NOW, Defendant VERIZON WIRELESS SERVICES, LLC ("VERIZON WIRELESS") and Plaintiff CARMELA S. LARKINS ("PLAINTIFF") (collectively, the "Parties"), stipulate and agree as follows:

1. That VERIZON WIRELESS requires additional time to investigate PLAINTIFF'S allegations and respond to PLAINTIFF'S Complaint. This is VERIZON WIRELESS's first request for an extension; and

2. That the Parties' hereby stipulate to extend VERIZON WIRELESS's time to respond to the Complaint until April 28, 2020.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that VERIZON WIRELESS's response to PLAINTIFF'S Complaint shall be filed on or before April 28, 2020.

Dated this 31st day of March, 2020.

| COGBURN LAW OFFICES | SPRINGEL & FINK LLP |
|---|---|
| */s/ Erik W. Fox* | */s/ Leonard T. Fink* |
| By: _____<br>ERIK W. FOX, ESQ.<br>NEVADA BAR NO. 8804<br>2508 ST. ROSE PARKWAY, SUITE 330<br>HENDERSON, NEVADA. 89074<br><br>*Attorneys for Plaintiff* | By:_____<br>LEONARD T. FINK, ESQ.<br>NEVADA BAR NO. 6296<br>RAVEN YIM, ESQ.<br>NEVADA BAR NO. 14972<br>10655 PARK RUN DRIVE, SUITE 275<br>LAS VEGAS, NEVADA 89144<br><br>*Attorneys for Defendant VERIZON WIRELESS SERVICES, LLC* |

**IT IS SO ORDERED:**

Dated April 1, 2020

_____
United States Magistrate Judge

**STIPULATION AND ORDER TO EXTEND DEFENDANT VERIZON WIRELESS SERVICES, LLC'S TIME TO RESPOND TO COMPLAINT**