COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

|  |  |
|---|---|
| CARMELLA S. LARKINS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>VERIZON WIRELESS SERVICES, LLC, a Foreign Limited-Liability Company; and EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company,<br><br>Defendants. | Case Number<br>2:20-cv-00159-RFB-NJK<br><br><br>**STIPULATION OF DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, Carmella S. Larkins ("Plaintiff") and Defendant, Equifax Information Services LLC ("Defendant"), by and through their respective

. . .

. . .

. . .

. . .

. . .

. . .

attorneys of record, that all Plaintiff's claims asserted against Defendant in the above-captioned matter shall be and hereby are dismissed with prejudice and each party shall bear its own attorney fees and costs.

Dated this 12th day of August, 2020.

Dated this 12th day of August, 2020.

**COGBURN LAW**

**CLARK HILL PLLC**

By: */s/Erik W. Fox*

By: */s/Jeremy J. Thompson, Esq.*

Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
Erik W. Fox, Esq.
Nevada Bar No. 8804
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
*Attorneys for Plaintiff*

Jeremy J. Thompson, Esq.
Nevada Bar No. 12503
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
*Attorneys for Equifax Information
Services LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

_____
August 13, 2020
DATE